IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 09-CR-30084-WDS |
| | ) | |
| MONTE BOATMAN, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

**STIEHL, District Judge:**

Before the Court is a pro se filing by defendant's in which he includes a copy of the docket text denying his prior motion for reconsideration, a copy of the Court's Order denying the motion, and a document entitled "Letter in Rogatory Animus Revocande" (Doc. 284).

The Court previously denied his motion for retroactive application of the sentencing guidelines to crack cocaine offenses (See Order at Doc. 277 denying motion at Doc. 251) finding that the crimes of conviction, Conspiracy to Interfere with Commerce by Threats or Violence and Interference with Commerce by Threats or Violence, and Possession of a Firearm in Furtherance of a Crime of Violence, were not eligible offenses for reduction because they were not crack cocaine related offenses.  The Court also denied his motion to reconsider (Doc. 283).

Defendant's latest filing seeks 1 Million dollars in damages against the undersigned judge for injuries defendant has suffered from the Court's prior rulings. In addition, defendant states that he will accept a sentence of 84 months (he is currently serving a sentence of 171 months consisting of 51 months on each of Counts 2 & 3, to be served concurrently, and 120 months on Count 4 to be served consecutively with Counts 2 & 3).

Upon review of the record, the Court **FINDS** that the defendant has not given any grounds for a reduction in his sentence to 84 months.   Accordingly, the Court has fully reviewed the record and has determined that his motion is without merit and it is therefore **DENIED** on grounds raised.

**IT IS SO ORDERED.**

**DATE:  1 July, 2013**

                                            **/s/  WILLIAM D. STIEHL**
                                            **DISTRICT JUDGE**